UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRISTOPHER STARKGRAF,

                Plaintiff,

    v.

PIERCE COUNTY COUNCIL, *et al.*,

                Defendants.

Case No. C23-5390-BJR-MLP

ORDER DENYING PLAINTIFF'S MOTIONS FOR EXTENSION OF TIME

This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Kristopher Starkgraf is proceeding with this action *pro se* and *in forma pauperis*. On June 2, 2023, this Court issued an Order declining to serve the complaint originally submitted by Plaintiff in this matter and granting him thirty days to file an amended complaint correcting certain specified deficiencies. (Dkt. # 8.) On June 20, 2023, Plaintiff filed a motion seeking an extension of time to file his amended complaint, citing difficulties in depositing money to his inmate trust account to cover the costs of the postage required to mail his amended pleading to the Court. (*See* dkt. # 10.) On June 23, 2023, the Court received Plaintiff's amended complaint for filing (dkt. # 11), and on June 29, 2023, the Court received a motion from Plaintiff seeking additional time, beyond that requested in his original motion for extension of time, to file his amended complaint and to

ORDER DENYING PLAINTIFF'S MOTIONS
FOR EXTENSION OF TIME - 1

submit prison trust account statements to the Court (dkt. # 12). Plaintiff also requests in his second motion for extension of time that he be granted a waiver of the requirement that he submit a prison trust account statement. (*See* dkt. # 12.)

Because Plaintiff timely filed his amended complaint, his requests for an extension of that deadline are moot. In addition, the record reflects that Plaintiff filed a copy of his inmate trust account statement in this action on May 8, 2023 (*see* dkt. # 5-2), which renders Plaintiff's request for an extension of that deadline or for a waiver of the requirement that he submit such a statement moot as well.

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Plaintiff's motions for extension of time (dkt. ## 10, 12) are DENIED as moot.

(2) The Clerk is directed to send copies of this Order to Plaintiff and to the Honorable Barbara J. Rothstein.

DATED this 18th day of July, 2023.

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER DENYING PLAINTIFF'S MOTIONS
FOR EXTENSION OF TIME - 2