UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

KRISTOPHER STARKGRAF,

                Plaintiff,

    v.

PIERCE COUNTY COUNCIL, *et al.*,

                Defendants.

Case No. C23-5390-TSZ-SKV

ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE

      This is a civil rights action proceeding under 42 U.S.C. § 1983. Plaintiff Kristopher Starkgraf is proceeding with this action *pro se* and *in forma pauperis*. On June 23, 2023, Plaintiff filed an amended complaint in this action in which he identified multiple Defendants including a Pierce County Jail employee named Darryl Herbison. *See* Dkt. 11 at 2. On July 20, 2023, the Court issued Orders directing that Plaintiff's amended complaint be served on all Defendants named in Plaintiff's amended pleading. *See* Dkts. 14, 15. On August 24, 2023, Plaintiff filed a motion to strike Defendant Darryl Herbison from his complaint, explaining that he misidentified Mr. Herbison as a Defendant as Mr. Herbison was not involved in the events giving rise to this action. *See* Dkt. 18. Defendants have not opposed Plaintiff's motion to strike.

ORDER GRANTING PLAINTIFF'S
MOTION TO STRIKE - 1

Based on the foregoing, the Court hereby ORDERS as follows:

(1) Plaintiff's unopposed motion to strike Defendant Darryl Herbison from his amended complaint (Dkt. 18) is GRANTED. The Clerk is directed to update the docket to reflect that Mr. Herbison has been terminated from this action.

(2) The Clerk is directed to send copies of this Order to Plaintiff, to counsel for Defendants, and to the Honorable Thomas S. Zilly.

DATED this 3rd day of October, 2023.

*S. Kate Vaughan* (signature)

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRANTING PLAINTIFF'S
MOTION TO STRIKE - 2